# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

September 14, 2023

Mr. Arthur S. Johnston III  
Southern District of Mississippi, Gulfport  
United States District Court  
2012 15th Street  
Dan M. Russell Jr. United States Courthouse  
Gulfport, MS 39501

    No. 23-60178   Shelby v. Cain  
                          USDC No. 1:21-CV-406

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          Whitney M. Jett, Deputy Clerk  
                          504-310-7772

cc:  
    Ms. Valena Beety  
    Ms. Emily Burch  
    Ms. Jessica Susan Malone  
    Ms. Jerrolyn M. Owens  
    Mr. Douglas L. Tynes Jr.